UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | EDCV 21-01270-SPG-SHK | Date | September 27, 2023 |
|---|---|---|---|
| Title | Kyana Rampley v. Bear Valley Community Healthcare District et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Suzanne McKennon |
| Deputy Clerk | Court Reporter/Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| John Young | Soojin Kang |

**Proceeding:** PLAINTIFF'S MOTION AND UNOPPOSED MOTON FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [46]

PLAINTIFF'S MOTON FOR CLASS REPRESENTATIVE SERVICE PAYMENT, ATTORNEYS FEES AND REIMBURSEMENT OF COSTS AND EXPENSES [47]

   Case called, and counsel make their appearance. The Court incorporates her analysis from the preliminary approval order into these proceedings and finds the notice to all class members by class action administrators is appropriate. Mailings to the class members were timely issued per counsel's representations. The Court questions the requested amounts of service payment to the class representative and attorney's fees. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matters under submission. An order will issue.

: 7

Initials of Preparer   PG